In re:

**Lloyd's Harvesting, Inc.**                    Case No. **8:10-13359-CED**

Debtor.                                          Chapter **12**
_____/

**MOTION TO ASSUME LEASE RE VIVIAN C. PATISAUL,
TRUSTEE OF THE PATISAUL FAMILY TRUST DATED MARCH 14, 1994.**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002(b), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Tampa, FL 33602, and serve a copy of the movant's attorney, Michael Barnett, 106 S. Armenia Ave., Tampa, FL 33609-3308 and on the chapter 12 trustee; Terry E. Smith, PO Box 6099, Sun City Center, FL 33571-6099.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtors, by its undersigned attorney move the Court to approve the assumption of the lease of the farmland with Vivian C. Patisaul, Trustee of the Patisaul Family Trust dated March 14, 1994.:

1. The creditor to whom this is directed is Vivian C. Patisaul, Trustee of the Patisaul Family Trust dated March 14, 1994.

2. The lease involves approximately 20 acres of farmland and expires 14 September 2013 unless renewed.

3. The lease regards the property used to assist in funding the chapter 12 plan.

4. Debtor is current on all lease payments

WHEREFORE, Debtor prays that the court approve the assumption of the lease with Vivian C. Patisaul, Trustee of the Patisaul Family Trust dated March 14,

1994, and for such and further relief as is just and proper.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by U.S. Mail, first class postage prepaid, to **Vivian C. Patisaul**, Trustee of the Patisaul Family Trust dated March 14, 1994, 4202 Nesmith Rd., Plant City, FL 33567; **Terry E. Smith**, Chapter 12 Trustee, PO box 6099, Sun City Center, FL 33571-6099; this 19th day of July, 2010.

*Michael Barnett, P.A.*

by /s/ Michael Barnett
Michael Barnett
Fla. Bar # 500150
106 S. Armenia Ave.
Tampa, FL  33609-3308
tel. (813) 870-3100
facs (813) 879-2610
mpa7@tampabay.rr.com
Attorney for Debtor