**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                          CHAPTER 12

LLOYDS HARVESTING, INC.                    CASE NUMBER  8:10-bk-13359-CED

_____/

**CHAPTER 12 TRUSTEE'S FAVORABLE**
**RECOMMENDATION FOR CONFIRMATION**

TO:  Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court.  The Trustee recommends that confirmation of the Chapter 12 Plan be CONFIRMED for the following reasons:

The Plan is well-conceived and self-explanatory.  Assuming that the Debtor's estimates as to claims are substantially accurate, the Trustee is of the opinion that the Plan meets the requirements for confirmation.

Dated this 13th day of September 2010.

/s/ TERRY E. SMITH
Terry E. Smith
Chapter 12 Standing Trustee
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone:  (813) 658-1165
FAX:     (813) 658-1166

Copies:
Lloyds Harvesting, Inc. PO Box 1154, Lithia FL 33547
Michael Barnett, PA 106 S. Armenia Avenue, Tampa FL 33609-1703
TES/tf